*Joseph G. Bruckmann*, public defender, in opposition.

Decided March 25, 2003

CARISA CARUSO ET AL. *v.* CITY OF MILFORD ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 75 Conn. App. 95 (AC 22615), is denied.

*Laurel Fedor*, in support of the petition.

*Alexandria L. Bufford*, in opposition.

Decided March 25, 2003

THOMAS J. WEIHING *v.* HONORABLE JONATHAN E. SILBERT ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 23363) is denied.

*John T. Bochanis*, in support of the petition.

*Barbara A. Frederick, Christopher L. Brigham* and *Jennifer Groves*, in opposition.

Decided March 25, 2003

STATE OF CONNECTICUT *v.* ELTON ARLINE

The defendant's petition for certification for appeal from the Appellate Court, 74 Conn. App. 693 (AC 22283), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Stephen P. Hanchuruck*, deputy assistant public defender, in support of the petition.